

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jacob Andrew Walling,

Vs. No. 11-16-00083-CR

The State of Texas,

* From the 238th District Court
of Midland County,
Trial Court No. CR45673.

* January 20, 2017

* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.